UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. AITKENS,<br>　　　　　Petitioner,<br>　　v.<br>KEVIN R. CHAPPELL, Warden,<br>　　　　　Respondent. | Case No.  14-cv-03759-HSG (PR)<br><br>**ORDER GRANTING MOTION TO FILE EXCESS PAGES**<br><br>Re: Dkt. No. 10 |

　　　　Petitioner's motion to file excess pages as part of his traverse (Docket No. 10) is GRANTED.  Petitioner's March 2, 2015 traverse is accepted for filing.  The Court will review the merits of the petition in a separate order.

　　　　The Clerk shall terminate Docket No. 10.

　　　　**IT IS SO ORDERED.**

Dated:  3/4/2015

　　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge